CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 0 8 2010

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| DEBORAH K. STOUT, | ) | |
| Plaintiff, | ) | Civil Action No. 7:10cv00541 |
| | ) | |
| v. | ) | **DISMISSAL ORDER** |
| | ) | |
| WENDY HOBBS, et al., | ) | By: Samuel G. Wilson |
| Defendants. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that this action is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1); Stout's motion to proceed in forma pauperis (Docket No. 5) is **DISMISSED as moot**; and this matter is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to the plaintiff and counsel of record for the defendants, if known.

**ENTER:** This 8th day of December, 2010.

_____
United States District Judge